# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MAT MUSTARD, BENJAMIN HILL, et al. on behalf of themselves and all similarly situated individuals,

          Plaintiff,

v.

CITY OF VALLEJO,

          Defendant.

Case No. 2:16-cv-01485-KJM-CKD

**ORDER GRANTING APPROVAL OF SETTLEMENT**

## ORDER

The court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant Exhibits provided by the parties.

The court notes that the parties have strongly contested liability. In particular, defendants vigorously disputed whether the Fair Labor Standards Act (FLSA) applies to this case while plaintiffs strongly believed defendants liable for the alleged failure to pay adequate wages and were prepared to litigate the question. *See* ECF No. 28-1 at 1–2. The parties also had a bona fide dispute regarding plaintiffs' treatment under the FLSA regarding wages paid to plaintiffs in lieu of health benefit payments. *Id.* at 1. Having reviewed the parties' Settlement Agreement resolving their differences, the court finds the proposed distribution to each Plaintiff is fair in that

/////

ORDER FOR APPROVAL
OF SETTLEMENT

Mustard, *et al. v. City of Vallejo*
Case No. 2:16-cv-01485-KJM-CKD

the amount correlates directly to the amount of overtime hours each Plaintiff worked. *See id.* at 2.

Based on the review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement filed by the parties on the court's docket is approved as reflecting a fair and reasonable resolution of the issues. *See Hand v. Dionex Corp.*, No. 06–1318, 2007 WL 3383601, at *1 (D. Ariz. Nov. 13, 2007) (approving private settlement agreement under FLSA); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–54 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness" . . . [and a] "bona fide dispute over FLSA coverage [and liability]").

2. Because this case represents an exception to the "normal rule that courts do not rule on the merits of a privately negotiated settlement agreement," *Hand*, 2007 WL 3383601, at *1, the court APPROVES the Settlement Agreement, and following conclusion of the claims period, anticipates dismiss this action with prejudice.

3. The court reserves jurisdiction over this Action for the purposes of entering dismissal and enforcing the Settlement Agreement.

IT IS SO ORDERED.

DATED: May 19, 2017.

_____
UNITED STATES DISTRICT JUDGE