| | |
|---|---|
| 1 | ARTHUR A. HARTINGER (SBN 121521) |
| | ahartinger@publiclawgroup.com |
| 2 | KEVIN P. MCLAUGHLIN (SBN 251477) |
| | kmclaughlin@publiclawgroup.com |
| 3 | RENNE SLOAN HOLTZMAN SAKAI LLP |
| | 1220 Seventh Street, Suite 300 |
| 4 | Berkeley, California 94710 |
| | Telephone: (510) 995-5800 |
| 5 | Facsimile: (415) 678-3838 |

Attorneys for Defendant
CITY OF VALLEJO

DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAT MUSTARD, BENJAMIN HILL, on behalf of themselves and all similarly situated individuals, | Case No. 2:16-CV-01485-KJM-CKD |
| Plaintiffs, | **STIPULATION TO MODIFY CLAIM FORM AND CONFIRM PROCESS FOR DISMISSAL; ORDER** |
| v. | |
| CITY OF VALLEJO, | Hon. Kimberly J. Mueller |
| Defendant. | |

STIPULATION TO MODIFY CLAIM FORM AND CONFIRM PROCESS FOR DISMISSAL; ORDER -
Case No. 2:16-CV-01485-KJM-CKD

## STIPULATION

1. The parties' Settlement Agreement provides that "The City shall pay any Putative Plaintiff who timely submitted an executed claim form within 30 days of filing of the Court's Order dismissing this action." (Dkt. 28-1, p. 8, ¶ 26(e).)

2. The Claim Form & Release attached as Exhibit B to the Settlement Agreement provides that "If you timely submitted a claim form, your check will be mailed to you within 30 business days of its receipt by the City." (Dkt. 28-1, p. 20.)

3. These terms are inconsistent, and the parties intend that the Time for Performance provision in paragraph 26 of the Settlement Agreement is controlling.

4. Paragraph 26(b) of the parties' Settlement Agreement provides that following the close of the claims period, the City has 14 days to exercise its right to withdraw from the settlement, and if it does not do so, the parties will then jointly request that the Court enter an order dismissing the action with prejudice. (Dkt. 28-1, p. 8, ¶ 26(b).) The Court's order approving the settlement states that "following the conclusion of the claims period, [the Court] anticipates dismiss[ing] this action with prejudice." (Dkt. 30 at 2:17-18.) The parties seek to confirm that the Court will not dismiss this action based solely upon the passage of time and conclusion of the claims period, but only once the time for the City to exercise its right of withdrawal has expired and the parties have jointly applied for an order dismissing the action.

5. Based upon the foregoing, the parties stipulate to amend the Claim Form & Release to state that "If you timely submitted a claim form, your check will be mailed to you within 30 days of filing of the Court's Order dismissing this action." An updated version of the Claim Form & Release, containing the proposed change, is attached hereto as Exhibit A. The parties jointly request that the Court issue an order approving the modified Claim Form & Release attached hereto as Exhibit A, and issue an order confirming that this action will not be dismissed until the parties jointly request dismissal.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 2, 2017 | | MASTAGNI HOLSTEDT PC |

By: */s/ Ace. T. Tate* (as authorized on 6/2/17)
    Ace T. Tate

Attorneys for Plaintiffs
MAT MUSTARD, et al.

Dated: June 2, 2017                                RENNE SLOAN HOLTZMAN SAKAI LLP

By: */s/ Kevin P. McLaughlin*
    Kevin P. McLaughlin

Attorneys for Defendant
CITY OF VALLEJO

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, the Court hereby approves the modified Claim Form & Release submitted herewith as Exhibit A. The Court confirms that, in accordance with the Settlement Agreement, the Court will not enter an order dismissing this action with prejudice until the parties jointly request that the Court enter such an order.

**IT IS SO ORDERED.**

DATED: June 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION TO MODIFY CLAIM FORM AND CONFIRM PROCESS FOR DISMISSAL; ORDER -
Case No. 2:16-CV-01485-KJM-CKD