| | |
|---|---|
| 1 | DAVID E. MASTAGNI, ESQ. (SBN 204244) |
| | ISAAC S. STEVENS, ESQ. (SBN 251245) |
| 2 | ACE T. TATE, ESQ. (SBN 262015) |

DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
**RENNE SLOAN HOLTZMAN SAKAI LLP**
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF VALLEJO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAT MUSTARD, BENJAMIN HILL, on behalf of themselves and all similarly situated individuals,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO,<br><br>  Defendant. | Case No. 2:16-cv-01485-KJM-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORER THEREON** |

**STIPULATION**

The parties to this action hereby stipulate as follows:

1. WHEREAS, on April 13, 2017 the parties filed a Stipulation Regarding Approval of

Settlement Agreement, attaching a copy of the signed settlement agreement (Dkt. No. 28).

2. WHEREAS, on May 19, 2017 the Court issued an Order Granting Approval of Settlement, reserving jurisdiction over this action for the purposes of entering dismissal and enforcing the settlement agreement (Dkt. No. 30).

3. WHEREAS, on June 9, 2017, pursuant to stipulation by the parties, the Court approved modification of the Notice of Settlement and Claim Form and Release attached to the settlement agreement, and confirmed the Court will not enter an order dismissing this action with prejudice until the parties jointly request that the Court enter such an order (Dkt. No. 32).

4. WHEREAS, the City has caused the Notice of Settlement and Claim Form and Release to be sent to all Putative Plaintiffs;

5. WHEREAS, the deadline to submit completed claim forms for most Putative Plaintiffs has expired, and Defendant agrees not to exercise any right to withdraw it may have.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that:

1. It is now appropriate to dismiss this action.

2. The parties request the Court issue an order dismissing this action with prejudice.

Respectfully submitted,

Dated: August 30, 2017  **MASTAGNI HOLSTEDT, APC**

By: */s/ David E. Mastagni*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
Attorneys for Plaintiffs

Dated: August 30, 2017  **RENNE SLOAN HOLTZMAN SAKAI, LLP**

By: */s/ Kevin P. McLaughlin*
ARTHUR A. HARTINGER
KEVIN P. MCLAUGHLIN
Attorneys for Defendant
CITY OF VALLEJO

## **ORDER**

Based upon the foregoing, this action is hereby dismissed with prejudice. This order constitutes the Court's judgment and judgment is entered as of the date of this order. The Clerk shall close this file.

IT IS SO ORDERED:

DATED: September 11, 2017.

_____
UNITED STATES DISTRICT JUDGE